Same case below, 397 Ill. App. 3d 1116, 370 Ill. Dec. 469, 988 N.E.2d 245.

No. 09-11021. Grace M. Honesto, Petitioner v. California, et al.

562 U.S. 859, 131 S. Ct. 132, 178 L. Ed. 2d 80, 2010 U.S. LEXIS 6253, ▮▮▮▮▮▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-11023. Joseph Donald Greene, Petitioner v. Virginia.

562 U.S. 859, 131 S. Ct. 132, 178 L. Ed. 2d 80, 2010 U.S. LEXIS 6161.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 09-11025. Mathew A. Forrest, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 859, 131 S. Ct. 132, 178 L. Ed. 2d 80, 2010 U.S. LEXIS 5838.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 342 Fed. Appx. 560.

No. 09-11026. Gary Roberts, Petitioner v. Richard M. Gerry, Warden.

562 U.S. 859, 131 S. Ct. 133, 178 L. Ed. 2d 80, 2010 U.S. LEXIS 6396.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-11028. Michael Eugene Riley, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 859, 131 S. Ct. 133, 178 L. Ed. 2d 80, 2010 U.S. LEXIS 6049.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-11029. Joel Rodriguez, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 859, 131 S. Ct. 133, 178 L. Ed. 2d 80, 2010 U.S. LEXIS 5895.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-11030. Aaron Dobyne, Petitioner v. Illinois.

562 U.S. 859, 131 S. Ct. 133, 178 L. Ed. 2d 80, 2010 U.S. LEXIS 5841.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 385 Ill. App. 3d 1147, 361 Ill. Dec. 136, 970 N.E.2d 136.